## UNITED STATES *v.* BOND.

### APPEAL FROM THE COURT OF CLAIMS.

Submitted January 9, 1888. — Decided January 23, 1888.

Claimant was a private in the Marine Corps, and one of the marines who composed the organization known as the Marine Band. He performed on the Capitol grounds and on the President's grounds under proper

order.  *Held,* that he was entitled to the additional pay provided for by
Rev. Stat. § 1613.

THIS was an appeal from a judgment against the United
States in the Court of Claims.

*Mr. Attorney General,* and *Mr. Felix Brannigan* for ap-
pellant.

*Mr. James E. Padgett* for appellee.

MR. JUSTICE MILLER delivered the opinion of the court.

This is an appeal from a judgment of the Court of Claims
awarding to John Bond, the appellee, the sum of $72.27.

The following facts were found by that court, upon which
this judgment was rendered in favor of the claimant, and from
which the present appeal is taken :

"Claimant enlisted in the United States Marine Corps at
the Marine Barracks, Washington, D. C., October 29, 1879, as
a private, was assigned to duty with the Marine Band at the
time of his enlistment, and remained and performed duty with
the band as a private from that time until May 1, 1881, when
he was rated as a musician.  Prior to this last mentioned date
he was at no time rated as a musician, although playing in the
band.

"Between the date of enlistment and May 1, 1881, the organ-
ization known as the Marine Band performed, under proper
order, on the Capitol grounds and on the President's grounds.
Prior to May 1, 1881, claimant received no additional compen-
sation for such service."

Section 1613 of the Revised Statutes reads as follows :

"The marines who compose the corps of musicians known
as the 'Marine Band' shall be entitled to receive at the rate
of four dollars a month each in addition to their pay as non-
commissioned officers, musicians, or privates of the Marine
Corps, so long as they shall perform, by order of the Secretary
of the Navy or other superior officer, on the Capitol grounds
or the President's grounds."

In the opinion of the Court of Claims it is said that—

"The claimant was a 'private of the Marine Corps.' He was one of 'the marines who composed the organization known as the 'Marine Band.' He performed on the Capitol grounds and on the President's grounds, under proper order, and, thus falling within the phraseology of the statute, he should have received the additional pay."

In this statement we entirely concur, and see no reason to disturb the judgment of the court, which is accordingly

*Affirmed.*